## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Hiland Partners GP Holdings, LLC, et. al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| National Union Fire Insurance Company ) | |
| of Pittsburgh, PA, ) | |
| ) | Case No. 1:14-cv-025 |
| Defendant. ) | |

Before the court is a motion for attorney Margaret M. Clarke to appear *pro hac vice* on behalf of plaintiffs. In accordance with D.N.D. Gen. L.R. 1.3(D), Ms. Clarke has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 13) is **GRANTED**. Attorney Margaret M. Clarke is admitted to practice before this court in the above-entitled action on plaintiffs' behalf.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2014.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge