Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*
### Southwestern Division

Hiland Partners GP Holdings, LLC,
a Foreign Company, Hiland Partners, LP,
a Foreign Partnership, and Hiland
Operating, LLC, a Foreign Company,

                Plaintiffs,

vs.

National Union Fire Insurance Company
of Pittsburgh, PA,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   1:14-cv-25

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

National Union's motion for summary judgment (Docket No. 32) and Hiland's motion for partial summary judgment (Docket No. 30) are granted in part and denied in part as explained herein. The request for a hearing (Docket No. 41) is DENIED.

The Court further ORDERS and DECLARES as follows:
1. Hiland is an additional insured under the endorsement to policy number 0935985 which National Union issued to Missouri Basin.
2. The pollution exclusion in policy number 0935985 precludes all coverage for the underlying personal injury action.

Date:   September 17, 2015

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Melissa Klocke, Deputy Clerk*